```
                IN THE UNITED STATES DISTRICT COURT

                     FOR THE DISTRICT OF OREGON

                          PORTLAND DIVISION

JERRY LEE HAGLE,               )
                               )      Civil No. 09-885-MO
          Petitioner,          )
                               )
     v.                        )
                               )
MARK NOOTH,                    )      JUDGMENT
                               )
          Respondent.          )
```

MOSMAN, District Judge.

    Petitioner's Unopposed Motion to Voluntarily Dismiss Habeas Corpus Petition (#38) is GRANTED.  Accordingly, IT IS ORDERED AND ADJUDGED that this Action is DISMISSED, without prejudice.  The court declines to issue a Certificate of Appealability on the basis that petitioner has not made a substantial showing of the denial of a constitutional right pursuant to 28 U.S.C. § 2253(c)(2).  Pending motions, if any, are DENIED AS MOOT.

    DATED this  2nd  day of March, 2011.

                                  /s/ Michael W. Mosman
                                      Michael W. Mosman
                                      United States District Judge

1 - JUDGMENT